

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00484-CV

**SEGUNDO NAVARRO DRILLING, LTD.,** Lewis Petro Properties, Inc., Tercero Navarro, Inc., and Rodney R. Lewis,
Appellants

v.

**SAN ROMAN RANCH MINERAL PARTNERS, LTD.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK002483D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Appellants' reply brief is currently due on December 16, 2019. On December 6, 2019, appellants filed an unopposed motion for extension of time, seeking to extend the deadline to file their reply brief until January 13, 2020. Appellants' motion is GRANTED. Appellants' reply brief must be filed **by or before January 13, 2020**.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court